ANNA SANTORA et al., Appellants, v. NEWBURGH SAVINGS BANK, Respondent.

Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.

ABRAHAM WEBER, Respondent, v. OTTO DEUTSCHBERGER, Appellant.—

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

SARAH A. WHEELER, Appellant, v. WOODSIDE RESIDENCES, INC., et al., Respondents, et al., Defendants.—

No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.